**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | ED CV 11-772-WDK(Ex) |
| Plaintiff, | |
| v. | ORDER ACCEPTING FINDINGS, |
| CHRISTOPHER MARTIN TOLONE, and BIG ROCK INN, | CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Defendant Christopher Tolone's Answer is stricken and default is entered against Defendant Tolone.

///
///
///
///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Magistrate Judge's Report and Recommendation by United States mail on Defendant Tolone and on all counsel of record.

DATED: September 24, 2013.

*[signature]*

_____
WILLIAM D. KELLER
UNITED STATES DISTRICT JUDGE