**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JOE HAND PROMOTIONS, INC., | ) | ED CV 11-772-WDK(Ex) |
| Plaintiff, | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS, |
| CHRISTOPHER MARTIN TOLONE, and BIG ROCK INN, | ) | CONCLUSIONS AND RECOMMENDATIONS |
| Defendants. | ) | OF UNITED STATES MAGISTRATE JUDGE |
| _____ | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed all of the records herein and the attached Report and Recommendation of United States Magistrate Judge.  The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Defendant Christopher Tolone's Answer is stricken and default is entered against Defendant Tolone.

///

///

///

///

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order

2  and the Magistrate Judge's Report and Recommendation by United States

3  mail on Defendant Tolone and on all counsel of record.

4

5    DATED: September 24, 2013.

6

7

8  _____

9              WILLIAM D. KELLER
          UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28